# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCIVAL SYLVESTER SUTHERLAND,<br><br>Plaintiff-Petitioner,<br><br>v.<br><br>UR M. JADDOU, Director, U.S. Citizenship and Immigration Services, et al.,<br><br>Defendants-Respondents. | Case No. 23cv1353 L DDL<br><br>ORDER GRANTING<br>JOINT MOTION TO REMAND<br><br>USCIS No. A214 864 504<br><br>[ECF No. 3] |

For good cause shown, the parties' Joint Motion to Remand to U.S. Citizenship and Immigration Services ("USCIS") (ECF No. 3) is granted. *See* 8 U.S.C. § 1447(b). It is hereby ORDERED as follows:

1. This case is remanded to USCIS for adjudication of Plaintiff's naturalization application within thirty (30) days of this ORDER.

2. If Plaintiff's naturalization application is not adjudicated within thirty (30) days of this ORDER, Plaintiff may move to reopen this case. Any such motion to reopen shall be filed no later than forty (40) days of this ORDER.

3. The parties agree that in the event the naturalization application is not adjudicated within thirty (30) days of this ORDER, Defendants do not object to granting Plaintiff thirty (30) days' leave to amend the Complaint. Any such motion for leave to

amend shall be filed together with motion to reopen, if any.

4. This action is administratively closed.

**IT IS SO ORDERED**.

Dated: August 16, 2023

_____
Hon. M. James Lorenz
United States District Judge